UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| ROBERT W. DRAY, | ) | CASE NO 3:06 CV 1032 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID A. KATZ |
| | ) | |
| v. | ) | |
| | ) | OPINION AND ORDER |
| ALLEN COUNTY COURT OF COMMON PLEAS, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

On April 26, 2006, plaintiff pro se Robert W. Dray filed this civil rights action against Allen County Court of Common Pleas Judges Richard K. Warren and Jeffrey L. Reed, Lima Municipal Court Judges Richard Workman and William E. Kessler, Ohio Supreme Court Justice Thomas J. Moyer, and Ohio Governor Bob Taft. The complaint indicates plaintiff is dissatisfied with numerous rulings and decisions in Ohio court cases relating to claims arising out of his purchase of a used motor vehicle. For the reasons stated below, this action is dismissed.

Principles requiring generous construction of pro se pleadings are not without limits. Beaudett v. City of Hampton, 775 F.2d 1274, 1277 (4th Cir. 1985). Given the most liberal

construction, the complaint does not contain allegations suggesting plaintiff might have a valid federal claim, or setting forth a reasonable basis for jurisdiction. As defendants have correctly asserted in their motions to dismiss, to which plaintiff has made his response, his claims are barred by the Rooker-Feldman doctrine and by the absolute immunity provided for actions taken within the scope of a judge's official duties.

This action is therefore appropriately subject to summary dismissal. Apple v. Glenn, 183 F.3d 477 (6th Cir. 1999); see Hagans v. Lavine, 415 U.S. 528, 536-37 (1974)(citing numerous Supreme Court cases for the proposition that attenuated or unsubstantial claims divest the district court of jurisdiction); In re Bendectin Litig., 857 F.2d 290, 300 (6th Cir.1988)(recognizing that federal question jurisdiction is divested by unsubstantial claims).

Accordingly, this action is dismissed.

IT IS SO ORDERED.

/s/ David A. Katz
DAVID A. KATZ
UNITED STATES DISTRICT JUDGE